UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN SEDAGHAT,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:25–cv–00261–SCR<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Pending before the court is plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the required affidavit, averring that she is unable to pay the costs of these proceedings.  Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

    2.    The Clerk of Court is directed to issue a summons for this case;

    3.    In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

|     |     |
| --- | --- |
| 1   | under the court's E-Service program as follows.  Once a summons is issued, the |
| 2   | Clerk of Court shall deliver to the Commissioner of Social Security |
| 3   | Administration and the United States Attorney's Office at their designated email |
| 4   | addresses a notice of electronic filing of the action along with the summons and |
| 5   | complaint.  The Commissioner has agreed not to raise a defense of insufficient |
| 6   | service of process if provided with notice of a complaint as detailed in this order. |
| 7   | This order is not intended to prevent parties from making any other motions that |
| 8   | are appropriate under the Federal Rules of Civil Procedure; and |
| 9   | 4.     The Clerk of Court is DIRECTED to issue a scheduling order in this case. |
| 10  | IT IS SO ORDERED. |
| 11  | DATED: January 24, 2025 |

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE